**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jiaxing Zichi Trade Co., Ltd v. Ling Yang, d/b/a Emperor Goose, Cao Zi Qi, d/b/a FADSHOW, and Shanshan Ma, d/b/a Raddzo, and Does 1-50

Case Number: 1:21-cv-00973

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Jiaxing Zichi Trade Co. Ltd

Attorney name (type or print): Edward Chen

Firm: YK Law LLP

Street address: 125 South Wacker Dr. Suite 300

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 312553
(See item 3 in instructions)

Telephone Number: (213) 401-0970

Email Address: echen@yklaw.us

Are you acting as lead counsel in this case? ✔ Yes ☐ No
Are you acting as local counsel in this case? ✔ Yes ☐ No
Are you a member of the court's trial bar? ☐ Yes ✔ No
If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 21, 2021

Attorney signature: S/ Edward Chen
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015