**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD<br><br>Plaintiff,<br><br>v.<br><br>LING YANG, d/b/a Emperor Goose, CAO ZI QI, d/b/a FADSHOW, and SHANSHAN MA, d/b/a Raddzo, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No.: 1:21-cv-00973 |

## LR 3.2 NOTIFICATION AND FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and FRCP 7.1, Plaintiff Jiaxing Zichi Trade Co., Ltd. ("Plaintiff") makes the following disclosures:

1.  Plaintiff does not have any parent corporations.

2.  Plaintiff is not a publicly-held corporation or an otherwise publicly-held entity.

3.  It is not the case that 5% or more of Plaintiff's stock is owned by a publicly-held corporation or an otherwise publicly-held entity.

Dated: February 21, 2021

**YK LAW LLP**

*/s/ Edward Chen*
Edward Chen (CA SBN 312553)
125 South Wacker Dr. Suite 300
Chicago, Illinois 60606
(213) 401-0970
echen@yklaw.us

*Attorneys for Plaintiff Jiaxing Zichi Trade Co. Ltd*

1