IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD<br><br>Plaintiff,<br><br>v.<br><br>LING YANG, d/b/a Emperor Goose, CAO ZI QI, d/b/a FADSHOW, and SHANSHAN MA, d/b/a Raddzo, and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No.: 1:21-cv-00973 |

### NOTICE OF CLAIM INVOLVING A TRADEMARK

Pursuant to Local Rule 3.4, Plaintiff Jiaxing Zichi Trade Co., Ltd respectfully notifies the Court that it has filed a Complaint under the above-referenced caption. The Complaint is against Defendants Ling Yang, d/b/a Emperor Goose, Cao Zi Qi, d/b/a FADSHOW, Shanshan Ma, d/b/a Raddzo, and Does 1050, for, *inter alia*, federal trade dress infringement, federal false designation of origin, and deceptive trade practices under Illinois law.

Pursuant to 15 U.S.C. §1116(c), the following information is provided:

1. Plaintiff Jiaxing Zichi Trade Co., Ltd's address and principal place of business is located at 6th Floor, Tower 9A, No. 36 Changsheng South Rd, Jiaxing, Zhejiang Province, China.

/ / /

/ / /

/ / /

/ / /

1

2

      2.      This case involves the federally registered mark Orolay® (U.S. Registration Number 4778909), which is owned by Plaintiff Jiaxing Zichi Trade Co.,Ltd and registered on July 21, 2015.

| | |
|---|---|
| Dated: February 21, 2021 | **YK LAW LLP** |
| | */s/ Edward Chen* <br> Edward Chen (CA SBN 312553) <br> 125 South Wacker Dr. Suite 300 <br> Chicago, Illinois 60606 <br> (213) 401-0970 <br> echen@yklaw.us |
| | *Attorneys for Plaintiff Jiaxing Zichi Trade Co. Ltd* |