IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> LING YANG, d/b/a Emperor Goose, CAO ZI QI, d/b/a FADSHOW, and SHANSHAN MA, d/b/a Raddzo, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 1:21-cv-00973 <br><br> Hon. Martha M. Pacold <br><br> Magistrate Judge Hon. Young B. Kim |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff Jiaxing Zichi Trade Co., Ltd, by and through undersigned counsel, respectfully requests leave from this Court to file a brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order in excess of 15 pages. As part of the TRO, Plaintiff seeks: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing products; (2) a temporary restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting; (3) expedited discovery allowing Plaintiff to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of infringing products and Defendants' financial accounts; and (4) service by electronic means (collectively, the "*Ex Parte* Motion").

Plaintiff's Motion includes four (4) distinct and separate issues regarding Plaintiff's intellectual property rights, each of which have been presented simultaneously for decision and ruling by this Court. Plaintiff's Motion includes necessary substantive content relevant to each issue that should be considered. Plaintiff's Motion is 31 pages, excluding the declarations and

1

exhibits in support, which is substantially less than the 60-page limit allowed if four motions were filed separately. Plaintiff, therefore, respectfully requests leave to file a combined brief in excess of 15 pages for purposes of efficiency.

Dated: March 18, 2021　　　　　　　　　　　　**YK LAW LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Edward Chen*
　　　　　　　　　　　　　　　　　　　　　　EDWARD CHEN (CA BAR NO. 312553)
　　　　　　　　　　　　　　　　　　　　　　YK LAW LLP
　　　　　　　　　　　　　　　　　　　　　　125 SOUTH WACKER DR. SUITE 300
　　　　　　　　　　　　　　　　　　　　　　CHICAGO, ILLINOIS 60606
　　　　　　　　　　　　　　　　　　　　　　(213) 401-0970
　　　　　　　　　　　　　　　　　　　　　　ECHEN@YKLAW.US

　　　　　　　　　　　　　　　　　　　　　　*ATTORNEYS FOR PLAINTIFF JIAXING ZICHI TRADE CO., LTD*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: */s/ Edward Chen*
Edward Chen