**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD, <br><br><br>Plaintiff, <br><br> v. <br><br><br> LING YANG, d/b/a Emperor Goose, CAO ZI QI, d/b/a FADSHOW, and SHANSHAN MA, d/b/a Raddzo, and DOES 1-50, inclusive, <br><br><br>Defendants. | Case No.: 1:20-cv-00973 <br><br> Hon. Martha M. Pacold <br><br> Magistrate Judge Hon. Young B. Kim |

**PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY**
**RESTRAINING ORDER**

Plaintiff Jiaxing Zichi Trade Co., Ltd ("Plaintiff") seeks an extension of the Temporary Restraining Order entered by this Court on March 22, 2021 and would ask the Court that the TRO be extended for good cause which exists as follows:

Plaintiff has been diligently pursuing responsive information and discovery via service of subpoenas upon Amazon. Immediately after entry of the TRO (Dkt. 9), Plaintiff served Amazon with copies of the TRO and subpoenas with requests to produce documents upon Amazon, as Amazon controls the relevant Defendant Internet Stores and possess other relevant information about Defendants as well as the identity and information of the individuals associated with Defendants. However, as of this filing, Amazon has not responded to the TRO and subpoenas, and none of the known Defendant Internet Stores have actually been frozen, nor has Amazon produced any responsive information regarding any Defendant, and the risk that Defendants will fraudulently transfer financial assets to overseas accounts remains.

1

Accordingly, Plaintiff respectfully requests that the Court grant an extension of the TRO for a time period of at least 14 days to allow Plaintiff to obtain the requested information via subpoena served upon Amazon.

Dated: April 5, 2021      Respectfully submitted,

             */s/ Edward Chen*

             EDWARD CHEN (CA BAR NO. 312553)
             YK LAW LLP
             125 SOUTH WACKER DR. SUITE 300
             CHICAGO, ILLINOIS 60606
             (213) 401-0970
             ECHEN@YKLAW.US

             *ATTORNEYS FOR PLAINTIFF JIAXING ZICHI TRADE CO., LTD*

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 4th day of December 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: */s/ Edward Chen*
Edward Chen