# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jiaxing Zichi Trade Co. Ltd

                                  Plaintiff,

v.                                         Case No.: 1:21−cv−00973

                                              Honorable Martha M. Pacold

Ling Yang, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 6, 2021:

        MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's ex parte motion to extend the Temporary Restraining Order [10] is granted for the reasons given in the motion. The Temporary Restraining Order shall remain in effect until 4/19/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.