**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> LING YANG, d/b/a Emperor Goose, CAO ZI QI, d/b/a FADSHOW, and SHANSHAN MA, d/b/a Raddzo, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 1:20-cv-00973 <br><br> Hon. Martha M. Pacold <br><br> Magistrate Judge Hon. Young B. Kim |

**DECLARATION OF EDWARD CHEN**

I, Edward Chen, hereby declare as follows:

1. I am a Senior Counsel with YK Law LLP, and I serve as lead counsel for Plaintiff Jiaxing Zichi Trade Co., Ltd ("Plaintiff") in the above-named action. I am admitted to practice before the United States District Court for the Northern District of Illinois. I make this Declaration in Support of Plaintiff's Motion for Entry of a Preliminary Injunction. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following facts.

2. On March 29, 2021, third-party subpoena notices were served upon Amazon.com by and through the registered agent for Amazon.com. I am actively engaged in communications with legal representatives for Amazon.com and am actively working with said representatives to ensure that the accounts for the Defendants are properly restrained pursuant to the TRO that was granted by the Court in this matter.

1

3. **Exhibit 1** attached hereto is a true and correct copy of unpublished decisions cited in Plaintiff's Memorandum of Law in Support of Motion for Preliminary Injunction.

4. Since entry of the TRO, Plaintiff has been working towards obtaining information, including the identification of the owners of the Defendants' Amazon accounts which were offering for sale and/or are selling infringing products.

5. Based upon preliminary estimates of the total number and amount of sales by the Defendants, I believe that any amounts that may ultimately be awarded Plaintiff should Plaintiff prevail in this matter far exceeds any amount contained in any of the Defendants' frozen Amazon accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 19th day of April 2021 in Los Angeles, California.

*/s/ Edward Chen*
Edward Chen