# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jiaxing Zichi Trade Co. Ltd
                    Plaintiff,

v.                                          Case No.: 1:21−cv−00973
                                            Honorable Martha M. Pacold

Ling Yang, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 20, 2021:

    MINUTE entry before the Honorable Martha M. Pacold:Plaintiff shall serve all defendants with this notice. The court has taken the motion for preliminary injunction [12] under advisement and will consider the motion unopposed if no defendant appears and objects by 5/3/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.