EXHIBIT 1







