EXHIBIT 3

