EXHIBIT 4

