EXHIBIT 8

