EXHIBIT 12

