EXHIBIT 13

Hello
**Select your address**    All ▾

Hello, Sign in
**Account** ▾    Returns
**& Orders**    0

All   Best Sellers   Customer Service   Prime ▾   New Releases   Today's Deals   Books   Fashion   Kindle Books     **Climate Pledge Friendly**

**Amazon Fashion**    Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Our Brands    **prime wardrobe** Try before you buy

1,568

Clothing, Shoes & Jewelry › Women › Clothing › Coats, Jackets & Vests › Down Jackets & Parkas      Sponsored










Roll over image to zoom in

Visit the Abollria Store

# Abollria Women's Thickened Parka Coat Winter Down Jacket with Hood

33 ratings

Price: **$129.99** & Free Returns on some sizes and colors

**Fit:** True to size. Order usual size.

Color: Army Green

  

Size:

[ Select ]   Size Chart

- Material:100% polyester .
- Features:Fleece lined big hood provide warm for head and neck.Big zipper pockets for storing phones, keys or wallets, etc.
- Special side zippers closures, you can unzip it when sitting down for more comfort and hip room.
- Perfect choice for many occasions: Work, Winter Activities, School, Daily Casual Wear, Date etc.Suitable for any body shape. Great gifts for family, friends and teen girls.
- Garment Care:Dry cleaning,please check the label inside the clothing for wash info.

To buy, select **Size**

[ Add to Cart ]

[ Add to List ]

556

Sponsored

91

Sponsored

## Inspired by your recent shopping trends

Page 1 of 14

4/29/2021
Case: 1:21-cv-00973 Document #: 17-13 Filed: 06/24/21 Page 3 of 3 PageID #:291
Amazon.com: Abollria Womens Thickened Parka Coat Winter Down Jacket with Hood: Clothing



Sponsored

Clothing, Shoes & Jewelry › Women › Clothing › Coats, Jackets & Vests › Down Jackets & Parkas

Visit the Abollria Store

# Abollria Women's Thickened Parka Coat Winter Down Jacket with Hood

33 ratings

Price: **$129.99** & Free Returns on some sizes and colors

True to size. Order usual size.

Color: Army Green

Size:

| Select | | Size Chart |

- Material:100% polyester .
- Features:Fleece lined big hood provide warm for head and neck.Big zipper pockets for storing phones, keys or wallets, etc.
- Special side zippers closures, you can unzip it when sitting down for more comfort and hip room.
- Perfect choice for many occasions: Work, Winter Activities, School, Daily Casual Wear, Date etc.Suitable for any body shape. Great gifts for family, friends and teen girls.
- Garment Care:Dry cleaning,please check the label inside the clothing for wash info.

Roll over image to zoom in

To buy, select **Size**

Add to Cart

Add to List

556

Sponsored

91

Sponsored

## Inspired by your recent shopping trends

Page 1 of 14