EXHIBIT 17

