EXHIBIT 18

