EXHIBIT 19

