EXHIBIT 21

Women's Thickened Winter Down Jacket – jake apparel

FR

✕

☰

(/)

USD ▾

- $ USDUnited states dollars
- € EUREuro
- £ GBPUnited kingdom pounds
- $ CADCanadian dollars

FREE STANDARD DELIVERY TO THE US     📱 810-394-3061

🔍 SEARCH     ♡ WISHLIST(/ACCOUNT)     👤 MY ACCOUNT

CLOSE

🔍 SEARCH KEYWORD

- 👤My Account (/account)
- 🔒Log in (/account)
- 👥Register (/account/register)
- ☑Checkout (/checkout)

🛍 0   SHOPPING CART
$0.00
CLOSE

🛍 0   **YOUR SHOPPING CART IS CURRENTLY EMPTY**
Do not hesitate. Check out our wide range of products! (/collections/all/)



JAKE APPAREL (/)    **HOME** (/)

**WOMEN'S FASHION** ⌄

**MEN'S FASHION** ⌄

**CUSTOM APPAREL**
**(/COLLECTIONS/CUSTOM-**
**APPAREL/)**



⊕
(//cdn.shop
afe7-
4f0b-
a65a-
9aeefd742
v=160486

          

⌃

# Women's Thickened Winter Down Jacket



**FREE US GROUND SH** |

✕

☰

(/)

USD ▾

- $ USDUnited states dollars
- € EUREuro
- £ GBPUnited kingdom pounds
- $ CADCanadian dollars

FREE STANDARD DELIVERY TO THE US

☎ 810-394-3061

🔍 SEARCH       ♡ WISHLIST(/ACCOUNT)     👤 MY ACCOUNT

🔍 SEARCH KEYWORD

CLOSE

- 👤My Account (/account)
- 🔒Log in (/account)
- 👥Register (/account/register)
- ☑Checkout (/checkout)

# JAKE
APPAREL

(/)

**HOME (/)**

**WOMEN'S FASHION** ⌄

**MEN'S FASHION** ⌄

**CUSTOM APPAREL (/COLLECTIONS/CUSTOM-APPAREL)**

🛍 0   SHOPPING CART
$0.00
CLOSE

🛍 0   **YOUR SHOPPING CART IS CURRENTLY EMPTY**
Do not hesitate. Check out our wide range of products! (/collections/all/)



🔍
(//cdn.sho
afe7-
4f0b-
a65a-
9aeefd74Z
v=160486

⌄

# Women's Thickened Winter Down Jacket

GET 10% OFF YOUR FIRST ORDER WITH CODE GET TEN |      ✕

☰



(/)

USD ▾

- $ USD United states dollars
- € EUR Euro
- £ GBP United kingdom pounds
- $ CAD Canadian dollars

FREE STANDARD DELIVERY TO THE US      📱 810-394-3061

🔍 SEARCH      ♡ WISHLIST (/ACCOUNT)      👤 MY ACCOUNT

🔍 SEARCH KEYWORD

CLOSE

- 👤 My Account (/account)
- 🔒 Log in (/account)
- 👥 Register (/account/register)
- ☑ Checkout (/checkout)

🛍 0   SHOPPING CART
**$0.00**
CLOSE

🛍 0   **YOUR SHOPPING CART IS CURRENTLY EMPTY**
Do not hesitate. Check out our wide range of products! (/collections/all/)

**JAKE** A P P A R E L    (/)

HOME (/)

WOMEN'S FASHION ⌄

MEN'S FASHION ⌄

CUSTOM APPAREL
(/COLLECTIONS/CUSTOM
APPAREL)



⌄

🔍
(//cdn.sho
afe7-
4f0b-
a65a-
9aeefd742
v=160486

# Women's Thickened Winter Down Jacket

4/30/2021
Case: 1:21-cv-00973 Document #: 17-21 Filed: 06/24/21 Page 5 of 5 PageID #:310
Women's Thickened Winter Down Jacket – jake apparel

GET 10% OFF YOUR FIRST ORDER WITH CODE GET TEN |

✕

(/)

USD ▾

- $ USDUnited states dollars
- € EUREuro
- £ GBPUnited kingdom pounds
- $ CADCanadian dollars

FREE STANDARD DELIVERY TO THE US

☐ 810-394-3061

🔍 SEARCH

♡ WISHLIST(/ACCOUNT)

☐ MY ACCOUNT

CLOSE

- 👤My Account (/account)
- 🔒Log in (/account)
- 👥Register (/account/register)
- ☑Checkout (/checkout)

🔍 SEARCH KEYWORD

🛍 0  SHOPPING CART
$0.00
CLOSE

🛍 0  YOUR SHOPPING CART IS CURRENTLY EMPTY
Do not hesitate. Check out our wide range of products! (/collections/all/)

JAKE APPAREL  (/)

HOME (/)

WOMEN'S FASHION ⌄

MEN'S FASHION ⌄

CUSTOM APPAREL
(/COLLECTIONS/CUSTOM-APPAREL)



∧

⊕
(//cdn.sho
afe7-
4f0b-
a65a-
9aeefd742
v=160486

∨

# Women's Thickened Winter Down Jacket