EXHIBIT 22

