EXHIBIT 23

