EXHIBIT 24

