EXHIBIT 27

