EXHIBIT 28

