EXHIBIT 29

Case: 1:21-cv-00973 Document #: 17-29 Filed: 06/24/21 Page 2 of 2 PageID #:326

