EXHIBIT 30

