EXHIBIT 31

