EXHIBIT 32

