EXHIBIT 33

