EXHIBIT 34

