EXHIBIT 36

