EXHIBIT 37

