EXHIBIT 38

