# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jiaxing Zichi Trade Co. Ltd

                Plaintiff,

v.                                           Case No.: 1:21−cv−00973

                                                   Honorable Martha M. Pacold

Ling Yang, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 25, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: The motion hearing set for 6/29/2021 is stricken. The parties are advised that this court's motion procedures, which are available on the court's website, provide that motions "must indicate whether they are agreed or opposed. If the motion is opposed, the movant shall confer with the non−movant and submit a joint proposed briefing schedule in the motion or by email to proposed_order_pacold@ilnd.uscourts.gov.&quot ; The parties are directed to confer and submit an agreed briefing schedule to the court's proposed order inbox by 6/29/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.