# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD, <br><br> Plaintiff, <br> v. <br><br> LING YANG, d/b/a Emperor Goose, XIAN CHUN JIANG, d/b/a FADSHOW, and SHANSHAN MA, d/b/a Raddzo, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 1:21-cv-00973 <br><br> Hon. Martha M. Pacold <br><br> Magistrate Judge Hon. Young B. Kim |

## DECLARATION OF EDWARD CHEN

I, Edward Chen, hereby declare as follows:

1. I am Senior Counsel with YK Law LLP and am duly admitted to practice before the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff Jiaxing Zichi Trade Co., Ltd ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On May 27, 2021, notice from the United States Patent and Trademark Office was mailed to Plaintiff titled "Notice of Allowance and Fee(s) Due" for the design of the Orolay jacket. A true and correct copy of this notice is included herewith as **Exhibit A.**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 22, 2021 at Los Angeles, CA.

/s/ Edward Chen
Edward Chen

1



Chen Decl. EX A.pdf