UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Jiaxing Zichi Trade Co. Ltd
                                    Plaintiff,

v.                                                  Case No.: 1:21−cv−00973
                                                    Honorable Martha M. Pacold

Ling Yang, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 23, 2021:

  MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to file a brief with excess pages [20] is granted. Pursuant to the briefing schedule proposed by the parties, Defendant's reply brief in support of the motion to dismiss [17] is due by 7/29/2021. If defendants request a comparable leave to file excess pages, they should so inform the court by 7/28/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.