UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD., )<br><br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>Ling YANG, d/b/a Emperor Goose, )<br>Xianchun JIANG, d/b/a FADSHOW, and )<br>Shanshan MA, d/b/a Raddzo, et al. )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. )<br>　　　　　　　　　　　　　　　　　　) | Case No. 1:21-cv-973<br><br>Judge: Martha M. Pacold<br><br>Magistrate Judge Young B. Kim |

**DECLARATION OF FRANK GAO**
**IN SUPPORT OF**

**COMBINED REPLY MEMORANDUM AGAINST PLAINTIFF'S OPPOSITION MOTION TO DISSOLVE EX PARTE PRELIMINARY INJUNCTION ORDER AND AFFIRMATIVE DEFENSE DUE TO PLAINTIFF'S UNCLEAN HANDS**

　　My name is Frank Y. Gao, a patent attorney and native in Mandarin Chinese and fluent in English, licensed to practice before this court and I am also a Lanham Act Mediator for this court as well.:

　　(1)　　Exhibit A is a true and correct copy of a "screen shot" of a page located using the Google Chrome browser and printing to a PDF file format, on the date shown, 6/24/2021 and with the full URL (Uniform Resource Locator in https://www.facebook.com/ZaraWholesaler

　　(2)　Exhibit B is a true and correct copy of a "screen shot" of a page located using the Google Chrome browser and printing to a PDF file format, on the date shown, 7/27/2021 and with the full URL (Uniform Resource Locator in http://www.ruiii.com/html/Product/Detail/6d38248e75382a17.html, which shows winter coat design same to Plaintiff's which was popular coat in 2012.

1

(3) Exhibit C is a true and correct copy of a "screen shot" of a page located using the Google Chrome browser and printing to a PDF file format, on the date shown, 7/27/2021 and with the full URL (Uniform Resource Locator in https://dress.pclady.com.cn/zxzq/1210/892555.html, showing winter coat design same to Plaintiff's which was popular coat in South Korea.

(4) Exhibit D is a true and correct copy of a "screen shot" of a page located using the Google Chrome browser and printing to a PDF file format, on the date shown, 7/27/2021 and with the full URL (Uniform Resource Locator in https://www.amazon.com/Orolay-Womens-Thickened-Jacket-Green/dp/B00HHOXQP8/ref=sr_1_1_sspa?dchild=1&keywords=orolay&qid=1627620780&sr=8-1-spons&psc=1&smid=A2L41BJLE6LBDZ&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyUDZLTlc1MEMxNVhYJmVuY3J5cHRlZElkPUExMDMxMjY4N0JRN09TNUk0UFYxJmVuY3J5cHRlZEFkSWQ9QTA1NjkzNTlBQkhXVE1VUDQ5STYmd2lkZ2V0TmFtZT1zcF9hdGYmYWN0aW9uPWNsaWNrUmVkaXJlY3QmZG9Ob3RMb2dDbGljaz10cnVl

The undersigned, pursuant to Rule 11, and also being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, declares that the statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

                                                  Respectfully submitted,

Date: July 29, 2021                          /Frank Gao/

                                                  Frank Gao
                                                  Attorneys for Defendants

Ladas & Parry LLP
Frank Gao
David C. Brezina
224 S Michigan Ave, #1600
Chicago, IL 60604
(312) 427-1300
dbrezina@ladas.net