**EXHIBIT A**

**(ENLARGED**

**Exhibit 37)**

