Ex. B

