Ex. C



*时装*时装 > 服饰资讯专区 > 正文
*原创*

# Meso Ncler羽绒服亮相韩国受热捧

2012-10-22 16:46出处：pclady作者：佚名

羽绒服　韩国服饰　服饰

*收藏*

[图片浏览模式]

　　冬天即将来临，羽绒服成为人人必备的单品。日前，一款Meso Ncler新款韩版加厚中长款休闲军工装羽绒服，在韩国市场惊艳亮相，引起轰动效应睐和热捧，销量稳居同类产品排行榜之首。

