# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD., | ) |
| Plaintiff, | ) Case No. 1:21-cv-973 |
| | ) Judge: Martha M. Pacold |
| | ) Magistrate Judge Young B. Kim |
| Ling YANG, d/b/a Emperor Goose, Xianchun JIANG, d/b/a FADSHOW, and Shanshan MA, d/b/a Raddzo, et al. | ) |
| Defendants. | ) |

## DECLARATION OF DAVID C BREZINA

My name is David C. Brezina and:

(1)     On July 22, 2021 I was provided a coat with a label including the word OROLAY.  On that day, I photographed labels on the coat, cropped and copied, but did not otherwise alter, the images from my camera.  The images attached are those images and show the labels on that coat at that time.

(2)     After taking the photos, I checked the FTC "RN" website using the RN on the label and the database reported no listing.

The undersigned, pursuant to Rule 11, and also being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, declares that the statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Respectfully submitted,

Date: July 29, 2021

*David C. Brezina*

David C. Brezina  (ID3121581)
One of the Attorneys for Defendants

Ladas & Parry LLP
Frank Gao
David C. Brezina
224 S Michigan Ave, #1600
Chicago, IL 60604
(312) 427-1300
dbrezina@ladas.net

1







4



