# EXHIBIT 2

## 品牌销售授权证书

## BRAND SALES AUTHORIZATION CERTIFICATE

We, OROLAY, hereunder authorized the below company as our distributor for Jiaxing Zichi Trade Co., Ltd on Amazon.com (Seller ID: A2L41BJLE6LBDZ), who will be in charge of marketing, sales, supplying and service of "OROLAY" products.

This authorization shall not be modified, transferred, sold or used for other purposes. If any of the above provisions are violated, the relevant legal liability shall be investigated.

兹授权嘉兴子驰贸易有限公司在美国亚马逊(卖家 ID：A2L41BJLE6LBDZ)上运营销售 OROLAY 的产品.

此授权不得修改，转让，变卖或作其他用途，如有违反以上规定，追究其相应法律责任

OROLAY Trademark (U.S.) Registration Number: 5475044, 4778909

OROLAY 商标(美国)注册号：5475044, 4778909

OROLAY Owner Information （OROLAY 所有人信息）

Name: Qiu, JiaWei

姓名：邱佳伟

ID card No: 330411198603062416

身份证号码：330411198603062416

Signature: *Qiu Jiawei* [seal: 邱佳伟印]
签名：

Date: Oct. 1, 2015
日期：