UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD., | Case No. 1:21-cv-973 |
| Plaintiff, | Judge: Martha M. Pacold |
| | Magistrate Judge Young B. Kim |
| Ling YANG, d/b/a Emperor Goose, Xianchun JIANG, d/b/a FADSHOW, and Shanshan MA, d/b/a Raddzo, et al. | |
| Defendants. | |

## DEFENDANTS MOTION TO DISMISS WITH PREJUDICE

Movant-Defendants: Ling YANG d/b/a Emperor Goose, Xianchun JIANG[1] d/b/a FADSHOW, Shanshan MA d/b/a Raddzo, by and through its attorneys, move this Court to present their motion to dismiss the Amended Complaint with prejudice based on 28 U.S.C. § 1915(e)(2)(A) and without waiving the following Rule 12 defenses:

Rule 12(b)(6) for failure to state a claim upon which relief can be granted the Amended Complaint relying as proof of "ownership" a document false on its face;

Rule 12(b)(7) for failure to join a necessary party, the trademark owner of Orolay, Jiawei Qiu, under rule 19; and

Rule 12(e) for more definite statement.

For the reason set forth in the accompanying Memorandum in Support, the Court should grant Defendants' motion to dismiss Amended Complaint with Prejudice.

---

[1] Plaintiff named Cao Zi Qi in the Amended Complaint, knowing he dismissed the same defendant on June 8, 2021.

1

Date: October 5, 2021

Respectfully submitted,

*/s/ Frank Y. Gao*

One of Plaintiff's attorneys

**Attorney for Defendants,**
Ling YANG d/b/a Emperor Goose,
Xianchun JIANG d/b/a FADSHOW,
Shanshan MA d/b/a Raddzo

Frank Gao

David C. Brezina

Ladas & Parry LLP

224 S. Michigan Ave. Suite 1600

Chicago, Illinois 60604

(312) 427-1300

## CERTIFICATE OF SERVICE

**I hereby certify that on Oct. 5, 2021, I electronically filed the foregoing Motion and Notice of Motion using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.**

*/s/ Frank Y. Gao*

One of Plaintiff's attorneys

**Attorney for Defendant,**
Ling YANG d/b/a Emperor Goose,
Xianchun JIANG d/b/a FADSHOW,
Shanshan MA d/b/a Raddzo

Frank Gao

David C. Brezina

Ladas & Parry LLP

224 S. Michigan Ave. Suite 1600

Chicago, Illinois 60604

(312) 427-1300