# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jiaxing Zichi Trade Co. Ltd

                       Plaintiff,

v.                                                         Case No.: 1:21−cv−00973
                                                         Honorable Martha M. Pacold

Ling Yang, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 13, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's response to Defendants' motion to dismiss [26] is due by 10/19/2021. Defendants' reply is due by 10/26/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.