### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jiaxing Zichi Trade Co., Ltd. ) | |
| ) | Case No: 21 C 973 |
| v. ) | |
| ) | Judge: Martha M. Pacold |
| Ling YANG, d/b/a Emperor Goose, ) | |
| et al., ) | |

## ORDER

Vahe Van Khojayan's motion for leave to appear pro hac vice on behalf of Plaintiff [34] is granted.

Date: February 1, 2022  /s/ Martha M. Pacold