IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIAXING ZICHI TRADE CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LING YANG, d/b/a Emperor Goose, CAO ZI QI, d/b/a FADSHOW, and SHANSHAN MA, d/b/a/ Raddzo, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 1:20-cv-00973 <br><br> Hon. Martha M. Pacold <br><br> Magistrate Judge Hon. Young B. Kim |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(a)**

Plaintiff Jiaxing Zichi Trade Co., Ltd. ("Plaintiff"), by and through its undersigned counsel of record, voluntarily dismisses this case and Defendants Ling Yang, d/b/a Emperor Goose, Cao Zi Qi, d/b/a Fadshow, and Shanshan Ma, d/b/a/ Raddzo, without prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i). Defendants have not filed an answer or motion for summary judgment. Therefore, dismissal under Rule 41(a)(1)(A)(i) is proper.

Dated: February 2, 2022

/s/ Vahe Khojayan

Vahe Khojayan (*Admitted Pro Hac Vice*)
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: 213-401-0970   Fax: 213-529-3044
Email: vkhojayan@yklaw.us

2

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
564 West Randolph Street, 2nd Floor
Chicago, IL 60661
T- 312-663-0004; F-312-663-1415
Email: ariel@weissberglaw.com
Attorney No. 312559

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022 I electronically filed Plaintiff's NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(a) with the Clerk of the District Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing, including the following:

Ariel Weissberg: ariel@weissberglaw.com

David Brezina: dbrezina@ladas.net

Frank Y Gao: fgao@ladas.net

By: */s/ Vahe Khojayan*
Vahe Khojayan